**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 304 EAL 2021

       Respondent                  :

                                  :   Petition for Allowance of Appeal
                                  :   from the Order of the Superior Court

       v.                           :

AXEL BARRETO,

       Petitioner

COMMONWEALTH OF PENNSYLVANIA,     :   No. 305 EAL 2021

       Respondent                   :

                                  :   Petition for Allowance of Appeal
                                  :   from the Order of the Superior Court

       v.                           :

AXEL BARRETO,

       Petitioner

## ORDER

**PER CURIAM**

       **AND NOW**, this 7th day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.